UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHRISTOPHER BUCKENBERGER (#102343)

VERSUS                                         CIVIL ACTION

BURL CAIN, ET AL                               NUMBER 10-172-FJP-SCR

RULING

Pro se plaintiff, an inmate confined at Louisiana State Penitentiary, Angola, Louisiana, filed this action pursuant to 42 U.S.C. § 1983 against Warden Burl Cain, Capt. Hunt, Louisiana Department of Public Safety and Corrections Secretary James LeBlanc and the defendants named in *Christopher Buckenberger v. Burl Cain, et al*, CV 10-73-RET-SCR.  Plaintiff specifically alleged that he "'re-files' (1983) complaint 10-73-RET-SCR."[1]  Plaintiff alleged essentially the same claims raised in CV 10-73-RET-SCR.

On March 23, 2010, *Christopher Buckenberger v. Burl Cain, et al*, CV 10-73-RET-SCR was dismissed without prejudice for failure to exhaust available administrative remedies pursuant to 42 U.S.C. § 1997e(a), and with prejudice to refiling in forma pauperis status.[2]

On April 27, 2010, the plaintiff's motion to proceed in forma pauperis was denied.[3]  Plaintiff was granted 20 days to pay the

---

[1] Complaint, p. 4.

[2] Record document number 20.

[3] Record document number 5.

court's filing fee in the amount of $350. Plaintiff was placed on notice that the failure to pay the filing fee within 20 days shall result in the dismissal of the complaint.

A review of the record showed that the plaintiff failed to pay the filing fee. Therefore, the plaintiff's § 1983 complaint shall be dismissed without prejudice.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, June __18__, 2010.

_____
FRANK J. POLOZOLA
UNITED STATES DISTRICT JUDGE